UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Melissa Martin, | : | Case No. 5:24-bk-01277-MJC |
| Debtor. | : | |

| | | |
|---|---|---|
| Melissa Martin, | : | |
| Movant, | : | |
| v. | : | |
| Jack Zaharopoulos, | : | |
| Respondent. | : | |

## ORDER DENYING MOTION TO CONFIRM
## THAT PROPERTY HAS BEEN ABANDONED

Upon consideration of Debtor's Motion to Confirm that Property Has Been Abandoned ("Motion"), Doc. 43, filed on July 29, 2025, and Freedom Mortgage's Opposition to the Motion, Doc. 47, filed on August 15, 2025, and after a hearing held on September 4, 2025, and for the reasons set forth on the record, it is hereby

**ORDERED** that the Motion is **DENIED** without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 5, 2025