LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Melissa A Martin

Debtor(s)

Melissa A Martin

Plaintiff(s)/Movant(s)

vs.

Freedom Mortgage Corp.

Defendant(s)/Respondent(s)

CHAPTER 13

CASE NO. 5-24-bk-01277-MJC

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Objection to Amendment to Schedule A-B

Document #: 51, 54, 55

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Debtor has a conflict and requests that the hearing be moved to the November 4, 2025 at 11:00.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 31, 2025

s/Carlo Sabatini
Attorney for Debtor
Name: Carlo Sabatini
Phone Number: (570) 341-9000

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.