get case status    document upload    check lookup            logout

# Jack Zaharopoulos Chapter 13 Trustee
### Status of Claims as of 10/31/2025
### Case # 24-01277 MJC

Upload Document to Trustee

MELISSA A MARTIN                                                                                                                    19 Remaining of 36 Mos.

MELISSA ANN MARTIN, MELISSA MARTIN                                                                        Current Debtor Pmt: $89.94 / Monthly

Atty: SABATINI LAW FIRM, LLC

### Summary

| | | | |
|---|---|---|---|
| Filed: 5/23/2024 | Confirmed: 9/20/2024 | Base Amount: $26,981.34 | Debtor Refunds: $0.00 |
| First Mtg: 7/1/2024 10:00:00 AM | Plan Filed: 5/23/2024 | Total Paid In: $25,334.84 | Delinq Amount: $0.00 |
| | | Balance on Hand: $5,712.81 | |

### Payment Schedule

| Start Date | End Date | Debtor Payment | Frequency | Total Pmts | Type |
|---|---|---|---|---|---|
| 6/2/2024 | 4/2/2025 | $2,248.44 | M | $24,732.84 | |
| 5/2/2025 | 5/2/2027 | $89.94 | M | $2,248.50 | |

### Payment History

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/2025 | $100.00 | 9/22/2025 | $100.00 | 9/8/2025 | $100.00 | 8/4/2025 | $100.00 | 6/30/2025 | $100.00 |
| 6/9/2025 | $100.00 | 5/23/2025 | $2,248.64 | 5/8/2025 | $2,248.64 | 4/21/2025 | $2,248.64 | 4/7/2025 | $2,248.64 |
| 2/25/2025 | $2,248.64 | 12/26/2024 | $2,248.64 | 11/4/2024 | $2,248.64 | 9/25/2024 | $2,248.64 | 8/23/2024 | $2,248.64 |
| 7/29/2024 | $2,248.64 | 7/2/2024 | $2,248.44 | | | | | | |

Show Details

### Claims

| Creditor Name | Clm Num | Court Clm # | Last Pymt | Cls | Int Rate | Fixed Pymt | Disb Code | Debt | Principal Paid | Claimed | Tot Int Pd | Balance | Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SABATINI LAW FIRM, LLC | 000-0 | | | L | 0.00% | $0.00 | 12 | $6,336.70 | $0.00 | $0.00 | $0.00 | Objection($5,523.70) | $0.00 |
| RESURGENT CAPITAL SERVICES | 001-0 | 01 | 10/10/2025 | U | 0.00% | $0.00 | 33 | $4,119.22 | $148.66 | $4,119.22 | $0.00 | $3,970.56 | $0.00 |
| CAPITAL ONE BANK | 002-0 | 02 | 10/10/2025 | U | 0.00% | $0.00 | 33 | $4,101.09 | $148.00 | $4,101.09 | $0.00 | $3,953.09 | $0.00 |
| US DEPARTMENT OF EDUCATION | 003-0 | 03 | 10/10/2025 | U | 0.00% | $0.00 | 33 | $32,603.36 | $1,176.61 | $32,603.36 | $0.00 | $31,426.75 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | 004-0 | 04 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $1,014.54 | $27.10 | $1,014.54 | $0.00 | $987.44 | $0.00 |
| RESURGENT CAPITAL SERVICES | 005-0 | 05 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $794.61 | $21.23 | $794.61 | $0.00 | $773.38 | $0.00 |
| RESURGENT CAPITAL SERVICES | 006-0 | 06 | | U | 0.00% | $0.00 | 33 | $194.69 | $0.00 | $194.69 | $0.00 | $194.69 | $0.00 |
| QUANTUM3 GROUP LLC | 007-0 | 07 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $1,407.58 | $37.61 | $1,407.58 | $0.00 | $1,369.97 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 008-0 | 08 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $968.69 | $25.88 | $968.69 | $0.00 | $942.81 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 009-0 | 09 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $761.60 | $20.35 | $761.60 | $0.00 | $741.25 | $0.00 |

| Creditor | Clm | Date | Cls | Int Rate | Int Pd | Cls# | Amount Filed | Prin Pd | Amount Allow | Bal Owed | Bal Allow | Susp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 010-0 10 | 9/16/2025 | U | 0.00% | $0.00 | 33 | $470.33 | $15.21 | $470.33 | $0.00 | $455.12 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 011-0 11 | 6/17/2025 | U | 0.00% | $0.00 | 33 | $1,119.04 | $29.90 | $1,119.04 | $0.00 | $1,089.14 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 012-0 12 | 7/22/2025 | U | 0.00% | $0.00 | 33 | $549.93 | $16.75 | $549.93 | $0.00 | $533.18 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 013-0 13 | | U | 0.00% | $0.00 | 33 | $232.94 | $0.00 | $232.94 | $0.00 | $232.94 | $0.00 |
| MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT | 014-0 14 | | U | 0.00% | $0.00 | 33 | $259.60 | $0.00 | $259.60 | $0.00 | $259.60 | $0.00 |
| **FREEDOM MORTGAGE CORPORATION** | **015-0 15** | | **S** | **0.00%** | **$0.00** | **13** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| QUANTUM3 GROUP LLC | 016-0 16 | 9/16/2025 | U | 0.00% | $0.00 | 33 | $2,831.30 | $91.57 | $2,831.30 | $0.00 | $2,739.73 | $0.00 |
| **FREEDOM MORTGAGE CORPORATION** | **520-0 15** | **6/17/2025** | **S** | **0.00%** | **$0.00** | **13** | **$15,858.38** | **$15,858.38** | **$88,044.68** | **$0.00** | **$0.00** | **$0.00** |
| FIDELITY DEPOSIT AND DISCOUNT BANK | 700-0 | | S | 0.00% | $0.00 | 13 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| NORTH AMERICAN RISK SERVICES, INC 401(K) | 701-0 | | S | 0.00% | $0.00 | 13 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| AFFIRM INC | 702-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| AT&T MOBILITY | 703-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| CREDIT CORP SOLUTIONS | 704-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| PENNSYLVANIA AMERICAN WATER | 705-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| TD BANK/TARGET | 706-0 | | U | 0.00% | $0.00 | 33 | $0.00 | $0.00 | $0.00 | $0.00 | Not Filed | $0.00 |
| SABATINI LAW FIRM, LLC | 998-0 | | L | 0.00% | $0.00 | 90 | $0.00 | $0.00 | $0.00 | $0.00 | Withdrawn | $0.00 |
| Jack N. Zaharopoulos | TRS-0 | 10/21/2025 | T | 0.00% | $0.00 | 00 | $2,136.50 | $2,004.78 | $0.00 | $0.00 | $131.72 | $0.00 |

Prin Bal (incl Funds on Hand)    $49,612.26
Base Amount    $1,646.50

## Disbursement Details

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 001-0 | RESURGENT CAPITAL SERVICES | | | | |
| 001-0 | 10/10/2025 | 9021322 | $23.17 | $0.00 | $23.17 |
| 001-0 | 7/22/2025 | 9020865 | $15.44 | $0.00 | $15.44 |
| 001-0 | 6/17/2025 | 9020699 | $110.05 | $0.00 | $110.05 |
| | | Total | $148.66 | $0.00 | $148.66 |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 002-0 | CAPITAL ONE BANK | | | | |
| 002-0 | 10/10/2025 | 2052187 | $23.06 | $0.00 | $23.06 |
| 002-0 | 7/22/2025 | 2049299 | $15.37 | $0.00 | $15.37 |
| 002-0 | 6/17/2025 | 2048312 | $109.57 | $0.00 | $109.57 |
| | | Total | $148.00 | $0.00 | $148.00 |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 003-0 | US DEPARTMENT OF EDUCATION | | | | |
| 003-0 | 10/10/2025 | 2052837 | $122.22 | $0.00 | $122.22 |
| 003-0 | 9/16/2025 | 2051944 | $61.12 | $0.00 | $61.12 |
| 003-0 | 7/22/2025 | 2050026 | $122.23 | $0.00 | $122.23 |
| 003-0 | 6/17/2025 | 2049023 | $871.04 | $0.00 | $871.04 |
| | | Total | $1,176.61 | $0.00 | $1,176.61 |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 004-0 | PORTFOLIO RECOVERY ASSOCIATES | | | | |
| 004-0 | 6/17/2025 | 9020690 | $27.10 | $0.00 | $27.10 |
| | | Total | $27.10 | $0.00 | $27.10 |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 005-0 | RESURGENT CAPITAL SERVICES | | | | |
| 005-0 | 6/17/2025 | 9020699 | $21.23 | $0.00 | $21.23 |
| | | Total | $21.23 | $0.00 | $21.23 |

| Clm | Date | Check# | Principal | Int Pd | Total Paid |
|---|---|---|---|---|---|
| 007-0 | QUANTUM3 GROUP LLC | | | | |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 007-0 | 6/17/2025  | 2048833 | $37.61      | $0.00  | $37.61      |
|       |            | Total   | $37.61      | $0.00  | $37.61      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 008-0 | MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT ||||||
| 008-0 | 6/17/2025  | 9020662 | $25.88      | $0.00  | $25.88      |
|       |            | Total   | $25.88      | $0.00  | $25.88      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 009-0 | MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT ||||||
| 009-0 | 6/17/2025  | 9020662 | $20.35      | $0.00  | $20.35      |
|       |            | Total   | $20.35      | $0.00  | $20.35      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 010-0 | MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT ||||||
| 010-0 | 9/16/2025  | 9021137 | $15.21      | $0.00  | $15.21      |
|       |            | Total   | $15.21      | $0.00  | $15.21      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 011-0 | MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT ||||||
| 011-0 | 6/17/2025  | 9020662 | $29.90      | $0.00  | $29.90      |
|       |            | Total   | $29.90      | $0.00  | $29.90      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 012-0 | MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT ||||||
| 012-0 | 7/22/2025  | 9020828 | $16.75      | $0.00  | $16.75      |
|       |            | Total   | $16.75      | $0.00  | $16.75      |

| Clm   | Date       | Check#  | Principal   | Int Pd | Total Paid  |
|-------|------------|---------|-------------|--------|-------------|
| 016-0 | QUANTUM3 GROUP LLC ||||||
| 016-0 | 9/16/2025  | 2051759 | $15.94      | $0.00  | $15.94      |
| 016-0 | 6/17/2025  | 2048833 | $75.63      | $0.00  | $75.63      |
|       |            | Total   | $91.57      | $0.00  | $91.57      |

| Clm   | Date        | Check#  | Principal   | Int Pd | Total Paid  |
|-------|-------------|---------|-------------|--------|-------------|
| 520-0 | FREEDOM MORTGAGE CORPORATION ||||||
| 520-0 | 6/17/2025   | 2048512 | $694.77     | $0.00  | $694.77     |
| 520-0 | 5/14/2025   | 2047547 | $6,206.25   | $0.00  | $6,206.25   |
| 520-0 | 3/18/2025   | 2045727 | $2,068.75   | $0.00  | $2,068.75   |
| 520-0 | 1/15/2025   | 2043827 | $2,068.75   | $0.00  | $2,068.75   |
| 520-0 | 12/17/2024  | 2042873 | $1,512.25   | $0.00  | $1,512.25   |
| 520-0 | 11/19/2024  | 2041968 | $2,068.75   | $0.00  | $2,068.75   |
| 520-0 | 10/23/2024  | 2040961 | $1,238.86   | $0.00  | $1,238.86   |
|       |             | Total   | $15,858.38  | $0.00  | $15,858.38  |

https://www.trustee13.com/inquiry/casedisplay.aspx?txtCase=24-01277&sessionId=A994A0C0F4F74BC7BE4F1A044A6ED27B     3/3

Case 5:24-bk-01277-MJC    Doc 58-1    Filed 11/02/25    Entered 11/02/25 21:08:19    Desc
Exhibit A - Case Status Report    Page 3 of 3