# Ten Sample Cases where FDCPA claims were listed on the Schedules

1. In re Janet Ann Molesky; Case No. 5:15-bk-00849-RNO

> Claim against Asset Recovery Solutions, LLC and others for violations of state and/or federal laws while attempting to collect a debt.
>
> Potential recovery to Debtor: $0.00 to $1,000.00 in statutory damages, plus any actual damages, reasonable attorney fees, and costs. This number is an estimate and is stated for exemption purposes only pursuant to "In Re Adair, 253 B.R. 85"

2. In re Denise Ann Nanton; Case No. 5:16-bk-01576-JJT

> **Claims against Credit Control, LLC and others for violations of state and/or federal laws while attempting to collect a debt.**
>
> **Potential recovery to Debtor: $0.00 to $1,000.00 in statutory damages, plus any actual damages, reasonable attorney fees, and costs. This number is an estimate and is stated for exemption purposes only pursuant to "In Re Adair, 253 B.R. 85"**

3. In re Roxanne Mary Strein; Case No. 5:17-bk-00257-JJT

> Claims against American Medical Collection Agency and others for violations of state and/or federal laws while attempting to collect a debt.
>
> Potential recovery to Debtor: $0.00 to $1,000.00 in statutory damages, plus any actual damages, reasonable attorney fees, and costs. This number is an estimate and is stated for exemption purposes only pursuant to "In Re Adair, 253 B.R. 85"

4. In re Keith Williams and Peggy Williams; Case No. 5:18-bk-02568-HWV

> Claim for statutory damages, reasonable attorney fees, and costs against Midland Credit Management, Inc. and Midland Funding, LLC for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive from this claim (net of attorney's fees and costs) is $2,002.00.

5. In re Louis Masgay and Karen Masgay; Case No. 5:19-bk-01951-RNO

> Claim for statutory damages, reasonable attorney fees, and costs against Client Services, Inc. for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive from this claim (net of attorney's fees and costs) is $1,001.00.

6. In re William Raymond Ayers, Jr. and Brenda Lee Ayers; Case No. 5:20-bk-00541-RNO

Claims against Professional Account Services, Inc. for statutory damages, reasonable attorney fees, and costs for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive from this claim (net of attorney's fees and costs) is $1,001.

7. In re Kimberly M. Johnson; Case No. 5:21-bk-00476-HWV

Claim for statutory damages, reasonable attorney fees, and costs against Miramed Revenue Group, LLC for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive from this claim (net of attorney's fees and costs) is $1,001.00.

8. In re Shae Passarelli; Case No. 5:22-bk-00140-MJC

Claim for statutory damages, reasonable attorney fees, and costs against Portfolio Recovery Associates, LLC for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive (net of attorney's fees and costs) after a trial is $1,000.00. Value of asset is $1,000 per claimant against each defendant.

9. In re Nancy Lynn Garwood; Case No. 5:23-bk-00008-MJC

Claim for statutory damages, reasonable attorney fees, and costs against CCI Contract Callers, Inc. for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive after a trial is $1,000.00.

10. In re Robert F Damico; Case No. 5:25-bk-00057-MJC

Claim for statutory damages, reasonable attorney fees, and costs against Radius Global Solutions for violations of the Fair Debt Collections Practices Act. The maximum amount that Debtor could receive (net of attorney's fees and costs) after a trial is $1,000.00.