# Exhibit E

(McHugh Motion to Abandon)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN F MCHUGH AND
JENNIFER LYNN MCHUGH,

                            Debtors

CHAPTER 7

CASE NO. 5:22-bk-01870-MJC

### Debtors' Motion to Order Trustee to Abandon Property

1.      Debtors filed this Chapter 7 case on September 28, 2022.

2.      On May 15, 2023, Debtors filed an amendment to Schedule A/B disclosing a claim against a debt collector for violations of the Fair Debt Collections Practices Act ("the FDCPA Claim"). The FDCPA Claim is against Jefferson Capital Systems, LLC and was listed with a value of $1,000.00.

3.      Debtors do not assert that they have claims for any *actual* damages, and instead intend to seek a recovery of only statutory damages. The maximum award of statutory damages that they can receive for the FDCPA claim is $1,000.00. (See 15 U.S.C. § 1692k(a)(2)(A).) They can also receive the costs of the action together with a reasonable attorney's fee. (See 15 U.S.C. § 1692k(a)(3).)

4.      The FDCPA claim is of inconsequential value and benefit to the estate.

5.      The Court may order the trustee to abandon such property.

6.      This motion and notice of the motion are being contemporaneously served upon all parties-in-interest pursuant to Fed. R. Bank. P. 6007(b).

        WHEREFORE, Debtors respectfully request an order that the trustee abandon the FDCPA claim.

Date: August 11, 2023                          /s/ Carlo Sabatini
                                               Carlo Sabatini, Attorney for Debtors
                                               Bar Number PA 83831
                                               Sabatini Law Firm, LLC

216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com