# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MELISSA A MARTIN

DEBTOR

CASE NO. 5:24-BK-01277-MJC

CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE AND NOTICES AND PAPER

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 13 proceeding as additional counsel on behalf of Freedom Mortgage Corporation and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtor to be served upon:

> Stephen R. Franks, Esq. (PA Bar #333394)
> Dinsmore & Shohl, LLP
> 1001 Lakeside Ave., Suite 990
> Cleveland, Ohio 44114
> Phone: (216) 413-3838
> Fax: (216) 413-3839
> E-mail: stephen.franks@dinsmore.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Freedom Mortgage Corporation, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding so triable herein,

or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Freedom Mortgage Corporation is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated:  June 3, 2026

Respectfully submitted,

/s/ *Stephen R. Franks*
Stephen R. Franks, Esq. (PA Bar #333394)
Dinsmore & Shohl, LLP
1001 Lakeside Ave., Suite 990
Cleveland, Ohio 44114
Phone: (216) 413-3838
Fax: (216) 413-3839
E-mail: stephen.franks@dinsmore.com

*Counsel for Defendant, Freedom Mortgage Corporation*

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MELISSA A MARTIN

              DEBTOR

CASE NO. 5:24-BK-01277-MJC

CHAPTER 13

**CERTIFICATE OF SERVICE**

I. Stephen A. Franks, hereby certify that a true and correct copy of the foregoing document was served upon the below named parties via CM/ECF on June 3, 2026.

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Sarah S. Mattingly on behalf of Creditor Freedom Mortgage Corporation
sarah.mattingly@dinsmore.com, jamie.herald@dinsmore.com

Carlo Sabatini on behalf of Debtor 1 Melissa A Martin, usbkct@bankruptcypa.com,
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com

Andrew L Spivack on behalf of Creditor Freedom Mortgage Corporation
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

United States Trustee, ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos, ecf_pahu_alt@trustee13.com

                           /s/ *Stephen R. Franks*
                           Stephen R. Franks, Esq. (PA Bar #333394)

3
