**Fill in this information to identify the case:**

Debtor 1 Melissa A Martin aka Melissa Martin aka Melissa Ann Martin
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
Case number 5:24-bk-01277-MJC

Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 15

**Last four digits** of any number you use to identify the debtor's account: 9542

**Date of payment change:** 12/01/2026
Must be at least 21 days after date of this notice

**New total payment:** $989.38
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______________________

**Current escrow payment:** $ 412.67 **New escrow payment:** $ 560.33

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______________________

**Current interest rate:** ____________% **New interest rate:** ____________%

**Current principal and interest payment:** $ __________ **New principal and interest payment:** $ __________

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

**Current HELOC payment:** $______

**Reconciliation amount:** + $_____ or
- $_____

**Amount of next payment (including reconciliation amount)** $______

**Amount of the new payment thereafter (without reconciliation amount)** $______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______________________________

**Current mortgage payment:** $ ____ **New mortgage payment:** $ _________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ */s/ Mario Hanyon*
Signature

Date 10/21/2026

**Print:** **Mario Hanyon (203993)**
First Name Middle Name Last Name

Title Attorney

Company Brock & Scott, PLLC

Address 3825 Forrestgate Dr.
Number Street

Winston-Salem, NC 27103
City State ZIP Code

Contact phone 844-856-6646

Email PABKR@brockandscott.com

»

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>Melissa A Martin aka Melissa Martin aka Melissa Ann Martin | Case No. 5:24-bk-01277-MJC<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>Movant<br><br>vs.<br><br>Melissa A Martin aka Melissa Martin aka Melissa Ann Martin ,<br>Debtor | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Carlo Sabatini, Debtor's Attorney
Sabatini Law Firm, LLC
216 N. Blakely St
Dunmore, PA 18512
usbkct@bankruptcypa.com

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Melissa A Martin
110 Lower Powderly St
Carbondale, PA 18407

Date: October 21, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

ELECTRONIC ONLY STATEMENT

FREEDOM MORTGAGE®

**FOR RETURN SERVICE ONLY**
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

## Escrow Account Disclosure Statement

### Account Information

Loan Number: [redacted]
Property Address: 110 LOWER POWDERLY ST
CARBONDALE PA 18407

Statement Date: **10/13/2026**
Current Payment Amount: **$841.72**

**New Payment Amount: $989.38**
**New Payment Effective Date: 12/01/2026**

[redacted]

MELISSA MARTIN
1893 US ROUTE 11
KIRKWOOD NY 13795-1608

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $1,471.35 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments. This will be reflected as an increase to your monthly mortgage payment.

| | |
|---|---|
| Projected Minimum Balance | ($686.25) |
| - Required Minimum Balance | $785.10 |
| Shortage Amount | $1,471.35 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

## PART 1 Your Mortgage Payment

Payment information beginning with your 12/01/2026 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $989.38.

| Payment Information | Current Monthly Payment | **New Monthly Payment** |
|---|---|---|
| Principal & Interest: | $429.05 | $429.05 |
| Escrow Payment: | $412.67 | $437.72 |
| Shortage Spread: | - | $122.61 |
| **Total Payment:** | **$841.72** | **$989.38** |

## PART 2 Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$1,673.81** |
| Dec 2025 | $351.62 | $46.47 | FHA MIP RBP MON | $1,978.96 |
| Jan 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $2,284.11 |
| Feb 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $2,589.26 |
| Feb 2026 | $0.00 | $661.36 | COUNTY TAX | $1,927.90 |
| Mar 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $2,233.05 |
| Mar 2026 | $0.00 | $0.00 | | $2,233.05 |
| Mar 2026 | $0.00 | $0.00 | | $2,233.05 |
| Apr 2026 | $351.62 | $1,500.00 | HOMEOWNERS | $1,084.67 |
| Apr 2026 | $0.00 | $46.47 | FHA MIP RBP MON | $1,038.20 |
| Apr 2026 | $0.00 | $427.90 | TOWNSHIP TAX | $610.30 |
| May 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $915.45 |
| Jun 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $1,220.60 |
| Jul 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $1,525.75 |
| Aug 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $1,830.90 |
| Sep 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $2,136.05 |
| Sep 2026 | $0.00 | $1,072.59 | SCHOOL/ISD TAX | $1,063.46 |
| Oct 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $1,368.61 |
| Nov 2026 | $351.62 | $46.47 | FHA MIP RBP MON | $1,673.76 |
| **Total** | **$4,219.44** | **$4,219.49** | | |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$130.69** |
| Dec 2025 | $316.91 | $46.47 | | $401.13 |
| Jan 2026 | $412.67 | $46.47 | | $767.33 |
| Feb 2026 | $412.67 | $46.47 * | | $1,133.53 |
| Feb 2026 | $0.00 | $0.00 | | $1,133.53 |
| Mar 2026 | $412.67 | $46.47 * | | $1,499.73 |
| Mar 2026 | $0.00 | $1,876.00 | HOMEOWNERS | ($376.27) |
| Mar 2026 | $0.00 | $940.16 | COUNTY TAX | ($1,316.43) |
| Apr 2026 | $412.67 | $465.62 * | | ($1,369.38) |
| Apr 2026 | $0.00 | $46.47 | FHA MIP RBP MON | ($1,415.85) |
| Apr 2026 | $0.00 | $0.00 | | ($1,415.85) |
| May 2026 | $412.67 | $46.47 | | ($1,049.65) |
| Jun 2026 | $412.67 | $45.17 * | | ($682.15) |
| Jul 2026 | $412.67 | $45.17 * | | ($314.65) |
| Aug 2026 | $412.67 | $45.17 * | | $52.85 |
| Sep 2026 | $412.67 | $45.17 * | | $420.35 |
| Sep 2026 | $0.00 | $1,428.85 | SCHOOL/ISD TAX | ($1,008.50) |
| Oct 2026 | $412.67 | $45.17 * | | ($641.00) |
| Nov 2026 | $412.67 E | $45.17 | E | ($273.50) |
| **Total** | **$4,856.28** | **$5,260.47** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated



INTERNET REPRINT

to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.

## PART 3 Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $1,876.00 |
| FHA MIP RBP MO | $542.04 |
| COUNTY TAX | $940.16 |
| SCHOOL/ISD TAX | $1,428.85 |
| TOWNSHIP TAX | $465.62 |
| **Total Disbursements** | **$5,252.67** |

Freedom expects to pay $5,252.67 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $5,252.67 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$437.72** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $632.78 | $2,104.13 |
| Dec 2026 | $437.72 | $45.17 | FHA MIP RBP MON | $1,025.33 | $2,496.68 |
| Jan 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $1,417.88 | $2,889.23 |
| Feb 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $1,810.43 | $3,281.78 |
| Mar 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $2,202.98 | $3,674.33 |
| Mar 2027 | $0.00 | $940.16 | COUNTY TAX | $1,262.82 | $2,734.17 |
| Apr 2027 | $437.72 | $1,876.00 | HOMEOWNERS | ($175.46) | $1,295.89 |
| Apr 2027 | $0.00 | $45.17 | FHA MIP RBP MON | ($220.63) | $1,250.72 |
| Apr 2027 | $0.00 | $465.62 | TOWNSHIP TAX | ($686.25) | $785.10 * |
| May 2027 | $437.72 | $45.17 | FHA MIP RBP MON | ($293.70) | $1,177.65 |
| Jun 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $98.85 | $1,570.20 |
| Jul 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $491.40 | $1,962.75 |
| Aug 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $883.95 | $2,355.30 |
| Sep 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $1,276.50 | $2,747.85 |
| Sep 2027 | $0.00 | $1,428.85 | SCHOOL/ISD TAX | ($152.35) | $1,319.00 |
| Oct 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $240.20 | $1,711.55 |
| Nov 2027 | $437.72 | $45.17 | FHA MIP RBP MON | $632.75 | $2,104.10 |
| | $5,252.64 | $5,252.67 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $1,471.35.

The escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $989.38.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00AM – 8:00PM and Saturday 9:00AM – 2:00PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER: [redacted]

Freedom Mortgage Corporation
NMLS # 2767

FREEDOM MORTGAGE®

# Shortage Repayment FAQs

*Customers who prefer to pay their escrow shortage in a lump sum may find the below information helpful.*

**Am I required to pay my shortage in a lump sum?**

No. You may elect to do so at your own discretion.

**What is a shortage and why might I have one?**

Your escrow account exists to pay escrowed items (taxes, insurance, mortgage insurance, etc.) as they come due. Shortages are commonly caused by increases in taxes or insurance, changing your insurance carrier off-cycle, or underestimated taxes when you closed your loan.

A regular analysis of the escrow account is required to ensure that enough funds are available to pay these expenses as they come due. A shortage exists if the analysis shows that the minimum required balance falls below the amount required to make the projected payments of escrowed expenses.

**May I pay the total escrow shortage?**

You have the option to pay the total shortage in a lump sum but you are not required to do so. If you choose to pay the total shortage, your scheduled monthly payment will no longer include the shortage collection amount. A coupon is provided below for your convenience. You may also pay an escrow shortage via our website at www.freedommortgage.com or via telephone by calling 855-690-5900. Please allow one billing cycle for this change to be reflected on your billing statement.

**Can I prepay my escrow account, so my payment does not change?**

No. Taxes and insurance costs routinely change. The escrow portion of your monthly payment is collected so disbursements can be made when due; changes to escrowed expenses will result in a change in your mortgage payment.

While making supplemental payments towards your escrow may reduce or eliminate an escrow shortage, the escrow portion of your monthly payment is calculated by dividing all projected escrow expenses in the coming year by 12. This calculation, for future monthly payments, is independent of the existing balance in the escrow account, so paying extra will not change the escrow payment calculation.

**Can I pay an escrow shortage in a lump sum if my loan is 30 or more days delinquent?**

No. Payments on loans that are 30 or more days past due will first be credited toward any past-due amount owed before any funds are applied towards an escrow shortage.

✂-------------------------------------------------------------------------------------------

## ESCROW SHORTAGE COUPON

FREEDOM MORTGAGE®

Loan Number: [redacted] **Shortage Amount: $1,471.35**

MELISSA MARTIN
1893 US ROUTE 11
KIRKWOOD NY 13795-1608

☐ Enclosed is a check for the **total** shortage amount. My new monthly mortgage payment will be adjusted to reflect the new monthly escrow deposit.

☐ Enclosed is a check for a **portion** of the shortage amount. I understand that the remaining shortage will be spread evenly for the duration of the shortage repayment period.

**If you choose to do nothing, the entire shortage amount will be spread over the next 12 months and your new monthly payment will be as calculated by this analysis.**

FREEDOM MORTGAGE
29730 NETWORK PLACE
CHICAGO, IL 60673-1297

| **Escrow Shortage Amount Enclosed** | |
|---|---|

*Please write your loan number on your check and return this coupon with your payment.*


INTERNET REPRINT